UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| § | |
| v. § | **CR. NO.: 1:19-cr-00739-1** |
| § | |
| **JORGE COSTILLA-SANCHEZ** § | |
| **($5,000,000 MONEY JUDGMENT)** § | |

## ORDER OF FORFEITURE MONEY JUDGMENT

WHEREAS, the United States has filed an Agreed Motion for an Order of Forfeiture Money Judgment seeking a money judgment against the defendant in the amount of $5,000,000;

WHEREAS, this Court, having considered the facts admitted to by the Defendant at the time of his plea;

WHEREAS, this Court, having considered the agreement between the parties;

WHEREAS, Defendant agrees that the Honorable Court will impose a personal money judgment against him to be determined at sentencing;

WHEREAS, the entry of an Order of Forfeiture in the form of a personal money judgment is specifically authorized by Rule 32.2(b)(1) and (c)(1) of the Federal Rules of Criminal Procedure. Once the Order of Forfeiture is entered, the Government may move at any time, pursuant to Rule 32.2(e)(1), to amend the Order of Forfeiture specific property of the defendant, having a value up to the amount of the money judgment, as substitute assets; and

WHEREAS, Rule 32.2(c)(1) provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment."

1

The Court therefore, grants the motion of the United States and ORDERS that a money judgment of $5,000,000 be imposed against defendant and made part of his sentence, and included in his judgment.

Signed on the _____ day of September 2022 in Brownsville, Texas.

_____
Fernando Rodriguez, Jr.
United States District Judge